# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL.

VERSUS

OCCIDENTAL CHEMICAL COMPANY AND TEXAS BRINE COMPANY, LLC, ET AL.

NO. 2020 CW 0108

MAY 1 2 2020

---

In Re: Zurich American Insurance Company, Steadfast Insurance Company and American Guarantee & Liability Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

BEFORE: WELCH, THERIOT, AND LANIER, JJ.

WRIT DENIED. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

JEW
MRT
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT